EJK:MCM
F.#2012R01078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MOHAMMAD OMAR,

    Defendant.

- - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 12-450 (SLT)
(T. 18, U.S.C.,
 §§ 1546(a) and 3551
 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## VISA FRAUD

On or about July 6, 2012, within the Eastern District of New York and elsewhere, the defendant MOHAMMAD OMAR did knowingly and intentionally utter, use, attempt to use and possess a nonimmigrant visa, knowing said document was procured by means of a false statement and by fraud and was unlawfully obtained.

(Title 18, United States Code, Sections 1546(a) and 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
    Assistant U.S. Attorney